```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
TRUSTEES OF EMPIRE STATE CARPENTERS
ANNUITY, APPRENTICESHIP,
LABOR-MANAGEMENT COOPERATION, PENSION
AND WELFARE FUNDS,

                    Plaintiffs,

     -against-                              MEMORANDUM & ORDER
                                            14-CV-3316(JS)(AKT)
L&P INTERIORS, INC.

                    Defendant.
----------------------------------------X
APPEARANCES
For Plaintiff:     Charles R. Virginia, Esq.
                   Elina Burke, Esq.
                   Nicole Marimon, Esq.
                   Richard B. Epstein, Esq.
                   40 Broad Street, 7th Floor
                   New York, NY 10004

For Defendant:     No appearance
```

SEYBERT, District Judge:

As set forth more fully in the Court's Memorandum and Order dated September 18, 2015 (Docket Entry 22), the Court granted in part and denied in part Plaintiffs' motion for a default judgment (Docket Entry 11). Particularly, Plaintiffs' motion was denied without prejudice with respect to Plaintiffs' request for interest on unpaid contributions. (Order at 3-4.) The Court provided Plaintiffs with thirty days from the date of the Order to renew their request for interest and submit an adequate explanation and documentation. (Order at 4.) Plaintiffs have failed to timely renew their application for interest. Accordingly, the Court sua

sponte DENIES WITH PREJUDICE the branch of Plaintiffs' motion for default judgment (Docket Entry 11) requesting interest on unpaid contributions.

Plaintiffs are directed to serve a copy of this Memorandum and Order on Defendant and file proof of service on ECF.  The Clerk of the Court is directed to enter judgment in favor of Plaintiffs and against Defendant and to mark this case CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   April   25  , 2016
         Central Islip, New York